UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD R. LAGASSE,
    Plaintiff,

v.                                    CIVIL ACTION NO.
                                      16-11787-MBB

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,
    Defendant.

## FINAL JUDGMENT

**August 23, 2017**

**BOWLER, U.S.M.J.**

The issues having been duly tried and this court having rendered a decision,

It is **ORDERED** and **ADJUDGED** that the final decision of defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.

                                              /s/ Marianne B. Bowler
                                           **MARIANNE B. BOWLER**
                                           United States Magistrate Judge